UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**STARS AND STRIPES**
**GYMNASTICS ACADEMY, INC.**, a
Michigan corporation,

        Plaintiff,     Case No. 4:20-cv-12301
                                        Hon. Matthew F. Leitman
v.

**LIBERTY MUTUAL GROUP, INC.**,
a Massachusetts corporation and
**OHIO SECURITY INSURANCE**
**COMPANY**,

        Defendants.

___

**ORDER GRANTING DEFENDANTS' AMENDED MOTION FOR**
**SUBSTITUTED SERVICE (ECF No. 20) AND TERMINATING AS MOOT**
**DEFENDANTS' ORIGINAL MOTION FOR SUBSTITUTED SERVICE**
**(ECF No. 19.)**

In this action, Plaintiff Stars and Stripes Gymnastics Academy, Inc., brought a breach of contract of insurance claim against Defendants Liberty Mutual Group, Inc., and Ohio Security Insurance Company. Defendants attempted to serve a deposition subpoena on non-party witness Carlo Farrugia. It appears Mr. Farrugia is evading service. (*See* Mot., ECF No. 20.) For that reason, Defendants filed a Motion for Substituted Service of a subpoena on Mr. Farrugia. (*See* Mot., ECF No. 19.) Defendants later filed an Amended Motion for Substituted Service. (*See* ECF

No. 20.)  For the reasons stated in Defendants' Amended Motion and supporting brief, the Amended Motion for Substituted Service (ECF No. 20) is **GRANTED.** And the original motion (ECF No. 19) is **TERMINATED AS MOOT.**

Defendants shall set a date for Mr. Farrugia to appear for his deposition.  At least three weeks prior to the date of the re-scheduled deposition, Defendants shall serve a deposition subpoena on Mr. Farrugia using all of the following methods:

(a) Firmly tacking and posting the deposition subpoena to Mr. Farrugia's business address at 5275 Dixie Highway, Suite A-1, Waterford, Michigan;

(b) Mailing the deposition subpoena by U.S. Mail, to the business address of Mr. Farrugia at 5275 Dixie Highway, Suite A-1, Waterford, Michigan 48329;

(c) Mailing the deposition subpoena by Certified Mail, Return Receipt Requested, to the business address of Mr. Farrugia at 5275 Dixie Highway, Suite A-1, Waterford, Michigan 48329;

(d) If his residence can be located, tacking a copy of the notice upon Mr. Farrugia's residence three weeks prior to the deposition;

(e) If his residence can be located, mailing the deposition subpoena by U.S. Mail, to the residence of Mr. Farrugia; and

(f) If his residence can be located, mailing the deposition subpoena, by Certified Mail, Return Receipt Requested, to the residence of Mr. Farrugia.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  May 24, 2021

     I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 24, 2021, by electronic means and/or ordinary mail.

                                        s/Holly A. Monda
                                        Case Manager
                                        (810) 341-9764