UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STARS AND STRIPES
GYMNASTICS ACADEMY, INC.,

      Plaintiff,

v.

LIBERTY MUTUAL
GROUP, INC., et al.,

      Defendants.

Case No. 20-cv-12301
Hon. Matthew F. Leitman

_____/

# **JUDGMENT**

In accordance with the Order entered on this day:

**IT IS ORDERED AND ADJUDGED** that **JUDGMENT** in entered in favor of Defendant Ohio Security Insurance Company and against Plaintiff Stars & Stripes Gymnastics Academy, Inc.

                      KINIKIA ESSIX
                      CLERK OF COURT

              By:   s/Holly A. Ryan
                      Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: July 25, 2022
Detroit, Michigan